USDC SDNY    NO. 519    P. 3
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

THE HANOVER INSURANCE
COMPANY, as Subrogee of
2488 GRAND CONCOURSE
REALTY

                Plaintiff,

-against-

THE OHIO CASUALTY INSURANCE
COMPANY

                Defendant.
_____X

Docket No. 07-CV-11587

**STIPULATION**
**EXTENDING**
**TIME TO RESPOND**
**TO COMPLAINT**

       IT IS HEREBY STIPULATED AND AGREED, by and between the respective parties

to the above-entitled action, that the time for Defendant THE OHIO CASUALTY INSURANCE

COMPANY, to answer, move or otherwise respond to the Plaintiff THE HANOVER INSURANCE

COMPANY, as Subrogee of 2488 GRAND CONCOURSE REALTY'S Complaint in this action is

extended up to and including the 27th day of February, 2008. An executed faxed copy of this stipulation

shall be deemed the same as a signed original.

       Dated: January 24, 2008

PUTNEY TWOMBLY HALL
& HIRSON, LLP

By: _____
Thomas A. Martin, Esq. (TM 4761)
Attorneys for Plaintiff
The Hanover Insurance Company
As Subrogee to 2488 Grand Concourse Realty
521 Fifth Avenue
New York, NY 101475
T: (212) 682-0020
F: (212) 682-9380

L'ABBATE BALKAN COLAVITA
& CONTINI, LLP

By: _____
Richard P. Byrne, Esq. (RPB 2700)
Attorneys for Defendant
The Ohio Casualty
Insurance Company
1001 Franklin Avenue, 3rd Floor
Garden City, NY 11530
T: (516) 294-8844
F: (516) 294-8202

SO ORDERED: 1/28/08
_____