UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE HANOVER INSURANCE COMPANY,              :
As Subrogee to 2488 GRAND CONCOURSE         :       Docket No. 07 CV 115987
REALTY,                                     :
               Plaintiff,            :
                               :
        -against-                          :       **RULE 7.1 STATEMENT**
                               :
THE OHIO CASUALTY INSURANCE COMPANY,  :
               Defendant.            :
                               :
------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, The Ohio

Casualty Insurance Company ("Ohio Casualty"), by and through its attorneys, states that Ohio

Casualty Corporation, an Ohio corporation, is the parent holding company of the Ohio Casualty

Insurance Corporation, an Ohio corporation.


DATED:   Garden City, New York
            February 27, 2008

                                         RICHARD P. BYRNE (RB 2700)
                                         Attorneys for Defendant
                                         The Ohio Casualty Insurance Company
                                         1001 Franklin Avenue, 3rd Floor
                                         Garden City, New York 11530
                                         (516) 294-8844
                                         File No. 1386 92768