

**LB&C**

Attorneys at Law

L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

Richard P. Byrne
Partner
rbyrne@lbcclaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/14/08
```



RECEIVED MAR 11 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

March 12, 2008

**BY TELECOPY**
(212) 805-7942

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

*So ordered 3/14/08* [signature]

Re: The Hanover Insurance Company, as Subrogee to 2488 Grand Concourse Realty v. The Ohio Casualty Insurance Company
Docket No.: 07-CV-115987
Our File No.: 07 1386 92768

*9:30 am* [signature/initials AKH]

Honorable Judge Hellerstein:

We represent the Defendant, The Ohio Casualty Insurance Company, and respectfully request that the Case Management and Scheduling Conference scheduled for March 14, 2008 be adjourned until April 11, 2008. All parties consent to the adjournment and there have been no previous adjournments requested. In addition, counsel notes that the parties have conferred and a Case Management Plan has been agreed upon.

Thank you for your consideration of this request.

Respectfully submitted,

[signature]

RICHARD P. BYRNE

RPB:JM

cc: James M. Strauss, Esq.
(212) 682-9380

7 Regent Street, Suite 711, Livingston, NJ 07039
T. 973.422.0422  F. 973.422.0420