UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE HANOVER INSURANCE COMPANY,
As Subrogee to 2488 GRAND CONCOURSE
REALTY,

                Plaintiff,

     -against-

THE OHIO CASUALTY INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------X

Docket No. 07 CV 11587

**SUPPLEMENTAL**
**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, The Ohio Casualty Insurance Company, by and through its attorneys, supplements its disclosure statement as follows:

      As of December 31, 2007, the parent company of The Ohio Casualty Insurance Company, the Ohio Casualty Corporation, became a wholly owned subsidiary of Liberty Mutual Holding Company, Inc.

DATED:  Garden City, New York
           April 10, 2008

                                                RICHARD P. BYRNE (RB 2700)
                                                Attorneys for Defendant
                                                The Ohio Casualty Insurance Company
                                                1001 Franklin Avenue, 3rd Floor
                                                Garden City, New York 11530
                                                (516) 294-8844
                                                File No. 1386 92768

## CERTIFICATE OF SERVICE

      This is to certify that on this 10th day of April, 2008, the Supplemental Disclosure Statement was electronically filed with the Court using the CM/ECF system, which will send notification of such filing to:

            Thomas A. Martin, Esq.
            James M. Strauss, Esq.
            PUTNEY TWOMBLY HALL
             & HIRSON, LLP
            Attorneys for Plaintiff
            521 Fifth Avenue
            New York, NY 10175

                                      /s/ Richard P. Byrne
                                      Attorney for Defendant Ohio Casualty
                                      Insurance Company

L'Abbate, Balkan, Colavita & Contini, LLP
1001 Franklin Avenue
Garden City, NY 11530
(516) 294-8844