USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE HANOVER INSURANCE COMPANY,
as Subrogee to 2488 GRAND CONCOURSE
REALTY,

        Plaintiff,

- against -

THE OHIO CASUALTY INSURANCE
COMPANY,

        Defendant.

---

07-CV-11587 (AKH)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for the parties to the above-entitled action, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above-entitled action be, and the same hereby is dismissed, with prejudice, and without costs or attorneys' fees to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED that for purposes of this Stipulation, a facsimile signature shall have the same force and effect as if an original signature.

PUTNEY TWOMBLY HALL & HIRSON LLP

By: _____
    James M. Strauss (JS-4734)

521 Fifth Avenue
New York, New York 10175
(212) 682-0020
*Attorneys for Plaintiff*

L'ABBATE, BALKAN, COLAVITA &
CONTINI, L.L.P.

By: _____
    Jillian Menna (JM-5708)

1001 Franklin Avenue, 3rd Floor
Garden City, New York 11530
(516) 294-8844
*Attorneys for Defendant*

SO ORDERED: 7/28/08

_____
United States District Judge